John Kauffman (SBN 302422)
john.kauffman@lawhq.com
LawHQ, PC
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

Joshua Champion, Asif Lundstrom, Todd Horne, Toni Kirk, Rosie Clarke, Benjamin Kelley, Peter Richardson, Teresa Alley, Scott Hall, Denise King, Tia West, Eric Peterson, Tammarrah Morris, Lynn Brown, and Nick Miller

Plaintiffs,

v.

Michael Boehm, and
Hosting Response, LLC

Defendants.

Case No.: 2:22-cv-05840-FLA-KS

STIPULATION FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT

The parties, by and through their respective undersigned counsel, enter into the following stipulation pursuant to FRCP 15(a)(2) for Plaintiffs to file an amended complaint, as follows:

1

1. Plaintiffs' counsel has prepared a Second Amended Complaint which removes one count that was in the previous five count complaint (Doc. 11), and Defendants' counsel has reviewed the proposed Second Amended Complaint.

2. The proposed Second Amended Complaint is attached hereto as Exhibit 1.

3. The parties agree that Plaintiffs will file the Second Amended Complaint by November 11, 2022.

4. Upon filing of the Second Amended Complaint, Defendants will withdraw their current Motion to Dismiss and Memorandum of Law in Support thereof, with the understanding that Defendants intend to and will be allowed to re-file a Motion to Dismiss with regard to the Second Amended Complaint.

5. In the event that Defendants re-file a Motion to Dismiss pertaining to the Second Amended Complaint, the parties will be allowed to file responses and replies as allowed by the FRCP and Local Rules.

| | |
|---|---|
| NOSSAMAN LLP | LawHQ, PC |
| By: /s/ Seth M. Goldstein | /s/ John Kauffman |
| Seth M. Goldstein | John Kauffman |
| Attorneys for Defendants | Attorney for Plaintiffs |