UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-05840-FLA (KSx) | Date | November 16, 2022 |
| Title | Joshua Champion, et al. v. Michael Boehm, et al. | | |

| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, UNITED STATES DISTRICT JUDGE |
|---|---|

| T. Freeman | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** **(IN CHAMBERS) ORDER GRANTING STIPULATION TO ALLOW PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT [DKT. 36]**

### Ruling

On November 14, 2022, the parties filed a Stipulation, requesting leave for Plaintiffs to file a Second Amended Complaint ("SAC"). Dkt. 36.

The court, having considered the Stipulation and finding good cause therefor, ACCEPTS the SAC which was filed on November 11, 2022, Dkt. 34, as the operative pleading in this action. Defendants' Motion to Dismiss Case, Dkt. 28, is DENIED as moot. Defendants' deadline to file a response to the SAC shall be December 2, 2022.

IT IS SO ORDERED.

:

Initials of Preparer   tf