1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSHUA CHAMPION, ASIF LUNDSTROM, TODD HORNE, TONI KIRK, ROSIE CLARKE, BENJAMIN KELLEY, PETER RICHARDSON, TERESA ALLEY, SCOTT HALL, DENISE KING, TIA WEST, ERIC PETERSON, TAMMARRAH MORRIS, LYNN BROWN, and NICK MILLER,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL BOEHM, and HOSTING RESPONSE, LLC,<br><br>Defendants. | Case No:   2:22-cv-05840-FLA-KS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT**<br><br>[Filed concurrently with Notice of Motion and Motion to Dismiss Amended Complaint]<br><br>Honorable Fernando L. Aenlle-Rocha<br><br>Date:           January 6, 2023<br>Time/Place: 1:30 p.m.<br>Courtroom:  6B<br><br>Date Action Filed:  August 26, 2022 |

- 1 -
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT
61128653.v1

# ORDER

The Court, having considered the motion of Defendants Michael Boehm and Hosting Response, LLC ("Defendants"), and for good cause shown,

IT IS HEREBY ORDERED that the motion to dismiss Plaintiffs' Second Amended Complaint with prejudice is GRANTED.

IT IS SO ORDERED.

Dated: _____

                                                   Hon. Fernando L. Aenlle-Rocha
United States District Judge