JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA CHAMPION, et al., | Case No. 2:22-cv-05840-FLA (KS) |
| Plaintiffs, | **ORDER DISMISSING ACTION [DKT. 47]** |
| v. | |
| DOES 1-10, | |
| Defendants. | |

On October 17, 2023, Plaintiffs filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  Dkt. 47.  Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

　　　　1.  All dates and deadlines governing this action are VACATED. Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint (Dkt. 43) is DENIED without prejudice as moot.

　　　　2.  The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: October 18, 2023

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge